UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER DESHAWN BUTLER,<br><br>            Petitioner,<br><br>    v.<br><br>SHERIFF DEPARTMENT, et al.,<br><br>            Respondents. | Case No. EDCV 13-2153 MWF (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: April 30, 2014

_____
Michael W. Fitzgerald
United States District Judge