```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       CENTRAL DISTRICT OF CALIFORNIA
10                              EASTERN DIVISION
11
12   CHRISTOPHER DESHAWN BUTLER,    )
                                    )
13             Petitioner,          ) Case No. EDCV 13-2153-MWF(AJW)
                                    )
14        v.                        )
                                    )
15   SHERIFF DEPARTMENT, et al.,    )    JUDGMENT
                                    )
16             Respondents.         )
     _____)
17
```

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: April 30, 2014

_____
Michael W. Fitzgerald
United States District Judge